*E-Filed 11/1/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX COSTA TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Respondent. | No. C 10-4184 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to, within 30 days, (1) file a complete application to proceed *in forma pauperis* (IFP), or (2) pay the filing fee, or, if neither were filed, face dismissal of the action. That time having passed, petitioner has not paid the filing fee nor filed an IFP application nor supporting documentation. Accordingly, the action is DISMISSED without prejudice to petitioner (1) paying the filing fee of $5.00, or (2) filing a completed IFP application, along with a certificate of funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 28, 2010

　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　United States District Judge